**Vincent E. KEATES, Petitioner–Appellant,**

v.

**Jeanne S. WOODFORD, CDC, Respondent–Appellee.**

No. 06–15369.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 23, 2007.

Daniel Horowitz, Esq., Oakland, CA, for Petitioner–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Juliet B. Haley, Esq., AGCA—Office of the California Attorney General, San Francisco, CA, for Respondent–Appellee.

Before: BEEZER, FERNANDEZ and McKEOWN, Circuit Judges.

MEMORANDUM **

California state prisoner Vincent E. Keates appeals from the district court's order dismissing his 28 U.S.C. § 2254 petition as time-barred. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Keates contends that the district court erred in determining that his petition was time-barred because he has not had an administrative hearing and because he suffers a "new due process violation every day that [he] is illegally incarcerated." We disagree and affirm the district court's order. *See* 28 U.S.C. § 2244(d)(1); *Redd v. McGrath,* 343 F.3d 1077, 1083 (9th Cir. 2003) ("limitations period begins to run when the new evidence should have been discovered through the exercise of due diligence").

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.